UNITED STATES DISTRICT COURT

__EASTERN__   **District of**   __CALIFORNIA__

| | |
|---|---|
| JANILYN ROSE | |
| Plaintiff | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| V. | |
| COMMISSIONER of SOCIAL SECURITY,<br>Defendant | CASE   1:12-CV-00771-GSA |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

**X**   GRANTED.

    **X**   The clerk is directed to file the complaint.

    **X**   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this __11__ day of __May__, __2012__.

/s/ Gary S. Austin
Signature of Judicial Officer

GARY S. AUSTIN, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer