UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JANILYN ROSE,<br><br>         Plaintiff,<br><br>         v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>         Defendant. | Case No. 1:12-cv-771-GSA<br><br>ORDER RE: MODIFICATION OF<br>BRIEFING SCHEDULE |

Pursuant to the stipulation of the parties filed on December 17, 2012 (Doc. 17), Plaintiff's opening brief shall be filed no later than January 16, 2013.  Defendant shall file its opposition no later than February 15, 2013.  Plaintiff shall filed any reply no later than March 4, 2013.

The Court's Scheduling Order issued on May 11, 2012, shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **December 19, 2012**                    **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE